UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                    Case No. 13-BK-00808-JAF

STEVEN P. MAGGIACOMO                                      Chapter 7

    Debtor.
_____/

TRUSTEE'S NOTICE OF PRIVATE SALE

---

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this matter without further notice or hearing unless a party in interest files an objection within twenty one (21) days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and serve a copy on Eugene H. Johnson, Esq., Johnson Law Firm, P.A., 300 West Adams Street, Suite 400, Jacksonville, FL 32202; Aaron R. Cohen, Trustee, Post Office Box 4218 Jacksonville, FL 32201; and U.S. Trustee, George C. Young Federal Building 400 West Washington Street, Suite 1100, Orlando, Florida 32801.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

PLEASE TAKE NOTICE that, pursuant to 11 U.S.C. §363(b), Federal Rule of Bankruptcy Procedure 6004, and M.D. FLA. L.B.R. 2002-4 and 6004-1, the Trustee will sell at private sale to Intercoastal Financial, LLC, a Florida limited liability company ("Buyer"), the bankruptcy estate's interest in the following two (2) parcels of real property (collectively, the "Property"):

9 Oxhorn Ct. West, Homosassa FL, 34446, which is more particularly described as follows:

**Lot 10, Block B-80, CYPRESS VILLAGE, Sugarmill Woods, according to the map or plat thereof as recorded in Plat Book 9 pages 86 thru 150, Plat Book 10 pages 1 thru 150 and Plat Book 11 pages 1 thru 16, public records of Citrus County, Florida; and**

11 Oxhorn Ct. West, Homosassa FL, 34446, which is more particularly described as follows:

**Lot 9, Block B-80, CYPRESS VILLAGE, Sugarmill Woods, according to the map or plat thereof as recorded in Plat Book 9 pages 86 thru 150, Plat Book 10 pages 1 thru 150 and Plat Book 11 pages 1 thru 16, public records of Citrus County, Florida.**

The purchase price shall be Three Thousand Five Hundred and 00/100 Dollars ($3,500.00) per lot, for a total of Seven Thousand and 00/100 ($7,000.00). The Property consists of two unimproved vacant residential lots. The Citrus County Property Appraiser lists the fair market value of each lot at $8,075.00. The Buyer has offered the Trustee an "all cash offer," with no contingencies.

Trustee will not be responsible for any costs associated with this sale. The Buyer will be responsible for all costs including but not limited to recoding fees, transfer fees, documentary stamps, and owner's title policy, search, examination, and related charges.

The Sales Proceeds shall be payable to Aaron R. Cohen, Trustee by certified funds within seven (7) days from the date this Notice is entered on the docket.

Due to the costs involved in liquidating said asset and the uncertainty associated with public auction, the Trustee has agreed to accept the above sum from the Buyer, subject to notice and objections to parties in interest.

**The Property is being sold "as-is" and subject to all other liens and encumbrances of record, if any. The sale shall be by Trustee's Deed, in substantially the form in the deed attached hereto as Exhibit A, and will not contain any warranties of title whatsoever. The**

**proceeds of the sale shall become property of the bankruptcy estate and distributed according to the Bankruptcy Code.**

The trustee will entertain higher bids for the purchase of the personal property described above. Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price. Any higher bid must be received by Eugene H. Johnson, Esq., attorney for the Trustee, at the address listed below no later than the close of business of the twenty-first (21st) day from the date of mailing as indicated below. If a higher bid is received, a telephone auction will occur among the bidders and Debtors on the earliest date the Trustee can arrange such auction.

Eugene H. Johnson, Esq. (0032105)
300 W. Adams Street, Ste. 400
Jacksonville, FL 32202
(904) 652-2400
(904) 652-2401 Facsimile
ehj@johnsonlawpa.com

*Counsel for Trustee*

Intercoastal Financial, LLC
By: George T. Bechakas
Its: Managing Member
7954 Transit Road
Williamsville, New York 14051
716-867-7923
928-447-9589 Facsimile

*Buyer*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished either by U.S. Mail, postage prepaid and properly addressed, this 7th day of February, 2014, to:

Ronald Maggiacomo
91 Governors Hill
West Warwick, RI 82893

Foster Great Meadows, LLC
c/o Ronald Maggiacomo, Managing Member
3840 Palm Street
St. Augustine, FL 32084

Steven P. Maggiacomo
3840 Palm Street
St. Augustine, FL 32084

Intercoastal Financial, LLC
By: George T. Bechakas
Its: Managing Member
7954 Transit Road
Williamsville, New York 14051

and all parties on the attached mailing matrix;

and via CM/ECF electronic notice to:

Rusty Collins, Esq.

Aaron R. Cohen, Trustee

United States Trustee

/s/ Eugene H. Johnson
Attorney